| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | Order Filed on July 14, 2020 <br> by Clerk <br> U.S. Bankruptcy Court <br> District of New Jersey |
| **Robertson, Anschutz, Schneid & Crane, LLC** <br> 6409 Congress Ave., Suite 100 <br> Boca Raton, FL 33487 <br> Telephone: 561-241-6901 <br> Local Telephone: 973-575-0707 <br> Attorneys For Secured Creditor <br><br> Shauna Deluca, Esq. (SD-8248) | Case No.: 10-43077-JNP <br><br> Chapter: 13 <br><br> Hearing Date: July 14, 2020 <br><br> Judge: Jerrold N. Poslusny Jr. |
| **In Re:** <br><br> Steven A Sheppard, Sr, <br>     Debtor. <br><br> Sandra M Sheppard, <br>     Joint Debtor. | |

### ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: July 14, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**

Debtor(s): Steven A Sheppard, Sr and Sandra M Sheppard
Case No.: 10-43077-JNP
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**
_____

The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by PNC Bank NA and regarding the following documents:

(1) Proof of Claim filed on December 20, 2010 as Claim No. 5-1 on the Claims Registry.

ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby.  Movant shall not refile the Proof of Claim that is the subject of this Motion as it was previously withdrawn on March 28, 2011.