| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Robertson, Anschutz, Schneid & Crane, LLC**<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487<br>Telephone: 561-241-6901<br>Local Telephone: 973-575-0707<br>Attorneys For Secured Creditor<br><br>Shauna Deluca, Esq. (SD-8248) | Order Filed on July 14, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 10-43077-JNP<br><br>Chapter: 13<br><br>Hearing Date: July 14, 2020<br><br>Judge: Jerrold N. Poslusny Jr. |
| **In Re:**<br><br>Steven A Sheppard, Sr,<br>    Debtor.<br><br>Sandra M Sheppard,<br>    Joint Debtor. | |

### ORDER GRANTING MOTION TO REDACT A PREVIOUSLY FILED DOCUMENT

The relief set forth on the following page, number (2), is hereby **ORDERED.**

**DATED: July 14, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**

Debtor(s): Steven A Sheppard, Sr and Sandra M Sheppard
Case No.: 10-43077-JNP
Caption of Order: **Order Granting Motion to Redact a Previously Filed Document**

_____

    The court having reviewed the Motion to Redact a Previously Filed Document filed in this case by PNC Bank NA and regarding the following documents:

    (1)  Proof of Claim filed on December 20, 2010 as Claim No. 5-1 on the Claims Registry.

    ORDERED that the above document(s) be immediately restricted from view on the Court's public docket, and it is hereby.  Movant shall not refile the Proof of Claim that is the subject of this Motion as it was previously withdrawn on March 28, 2011.

United States Bankruptcy Court
District of New Jersey

In re:  
Steven A Sheppard  
Sandra M Sheppard  
  Debtors

Case No. 10-43077-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 1   Date Rcvd: Jul 15, 2020  
         Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2020.  
db/jdb   +Steven A Sheppard, Sr,   Sandra M Sheppard,   339 Methodist Rd,   Newport, NJ 08345-2140

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

  ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020             Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2020 at the address(es) listed below:  
   Brian C. Nicholas   on behalf of Creditor   MidFirst Bank bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
   Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
   Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
   Joshua I. Goldman   on behalf of Creditor   MidFirst Bank josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com  
   Shauna M Deluca   on behalf of Creditor   PNC BANK, N.A. sdeluca@rasflaw.com  
   Terry Tucker   on behalf of Joint Debtor Sandra M Sheppard terrytucker@comcast.net  
   Terry Tucker   on behalf of Debtor Steven A Sheppard, Sr terrytucker@comcast.net  
                              TOTAL: 7